JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Frederick M. Brown, | ) | Case No. **CV 11-6897-JFW (RZx)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| Frederick J. Brown, et al., | ) | |
| Defendant. | ) | |

The Court, having granted Defendant Frederic J. Brown's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Frederic J. Brown was entitled to judgment as a matter of law on all claims for relief alleged against him,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

  1.  Plaintiff Frederick M. Brown shall recover nothing from Defendant Frederic J. Brown;

  2.  Defendant Frederic J. Brown shall have judgment in his favor on Plaintiff Frederick M. Brown's entire action; and

     3.  Defendant Frederic J. Brown shall recover from
Plaintiff Frederick M. Brown his costs of suit in the sum of
$_____.

     The Clerk is ordered to enter this Judgment.

Dated: June 15, 2012                    _____
                                              JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

2